No. 72–1410. EDELMAN, DIRECTOR, DEPARTMENT OF PUBLIC AID OF ILLINOIS *v.* JORDAN. C. A. 7th Cir. [Certiorari granted, 412 U. S. 937.] Motion of NLSP Center on Social Welfare Policy and Law, Inc., for leave to file a brief as *amicus curiae* granted.

No. 72–6520. LAU ET AL. *v.* NICHOLS ET AL. C. A. 9th Cir. [Certiorari granted, 412 U. S. 938.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* in support of petitioners granted and 15 additional minutes allotted for that purpose. Respondents also allotted 15 additional minutes for oral argument.

No. 72–6902. GOODING *v.* UNITED STATES. C. A. D. C. Cir. [Certiorari granted, *ante,* p. 907.] Motion of petitioner for appointment of counsel granted. It is ordered that Herbert A. Rosenthal, Esquire, of Washington, D. C., a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 73–187. KEWANEE OIL CO. *v.* BICRON CORP. ET AL. C. A. 6th Cir. [Certiorari granted, *ante,* p. 818.] Motion of petitioner with respect to limited printing of record granted.

No. 73–298. VELA ET AL. *v.* VOWELL, COMMISSIONER OF PUBLIC WELFARE OF TEXAS, ET AL. Appeal from D. C. W. D. Tex. The Solicitor General is invited to file a brief expressing the views of the United States.